UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHANE WILLIAM MATTHEWS, | Case No. 3:25-cv-00316-SB |
| Plaintiff, | ORDER |
| vs. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

      The Court GRANTS Plaintiff's unopposed application for attorney's fees and costs (ECF No. 13) and awards Plaintiff $9,000 in attorney's fees and $405 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, and 28 U.S.C. § 1920. The fee award shall be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset under the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If Plaintiff has no such debt, the check or electronic transfer shall be made payable to Plaintiff's attorney, Margaret Lehrkind, pursuant to Plaintiff's assignment of these amounts to her attorney. If Plaintiff has such debt, the check for any remaining post-offset funds shall be made payable to Plaintiff and sent to Plaintiff's attorney's mailing address.

      IT IS SO ORDERED.

      DATED this 19th day of December, 2025.

*/s/ Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge