IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHANE WILLIAM MATTHEWS<br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>Defendant | Case No. 3:25-cv-00316-SB<br><br>ORDER AWARDING ATTORNEY FEES PER 28 U.S.C. §406(b) |

Having reviewed and considered Plaintiff's counsel's Petition for Attorney fees per U.S.C. § 406(b)(1) and 1383(d)(2)(B), and all supporting documentation, IT IS ORDERED that Plaintiff's counsel's request for attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d)(2)(B) is GRANTED. Attorney fees are allowed in the amount of $24,254.50. To account for a refund of the $9,000 already paid in EAJA attorney fees, SSA will pay a net fee award of $15,254.50 to Plaintiff's counsel, MARGARET LEHRKIND (Lehrkind Law Office, 2625 Alcatraz Ave., #208, Berkeley, CA 94705-2756) out of Plaintiff's past-due benefits in accordance with agency policy.

**IT IS SO ORDERED.**

DATED this 9th day of October, 2026.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
U.S. Magistrate Judge